APPEAL No. 74-276. TOWN OF LINCOLN *v.* ARTHUR COURNOYER. Defendant is hereby ordered to appear before Supreme Court on Monday, December 1, 1975, at 9:30 a.m. to show

cause why the appeal in the above-entitled matter should not be dismissed for lack of prosecution for failure to comply with Rule 16. *Harry W. Asquith,* for plaintiff. *Domenic A. Mosca, Jr., Robert D. Powell,* of counsel, Washington, D.C., for defendant.